FILED ___ ENTERED ___ RECEIVED ___ SERVED ON COUNSEL/PARTIES OF RECORD

APR 19 2011

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: ___ DEPUTY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> EDWIN DONALD MILLER, ) <br> ) <br> Defendant. ) <br> ) | 2:11-CR-00133-PMP-RJJ <br><br> **ORDER** |

On April 13, 2011 the Federal Public Defender was appointed to represent Edwin Donald Miller. The court has been advised that a conflict exists.

Accordingly, IT IS HEREBY ORDERED that Todd Leventhal, Esq. is APPOINTED as counsel for Edwin Donald Miller in place of the Federal Public Defender for all future proceedings.

The Federal Public Defender shall forward the file to Mr. Leventhal forthwith.

DATED this 19th day of April, 2011.
Nunc Pro Tunc: April 18, 2011.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE