**FILED**

MAY 2012

CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | 2:11-CR-133-PMP (CWH) |
| EDWIN DONALD MILLER, ) | |
| Defendant. ) | |

### FINAL ORDER OF FORFEITURE

On February 1, 2012, the United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); and Title 18, United States Code, Sections 2253(a)(1) and (a)(3), based upon the plea of guilty by defendant EDWIN DONALD MILLER to a criminal offense, forfeiting specific property alleged in the Criminal Indictment and the Bill of Particulars, and agreed to in the Plea Memorandum, and shown by the United States to have the requisite nexus to the offense to which defendant EDWIN DONALD MILLER pled guilty. Indictment, ECF No. 1. Bill of Particulars, ECF No. 19. Minutes of Change of Plea Proceedings, ECF No. 30. Plea Memorandum, ECF No. 31. Preliminary Order of Forfeiture, ECF No. 32.

This Court finds the United States of America published the notice of the forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively from February 2, 2012, through March 4, 2012, notifying all third parties of their right to petition the Court. Notice of Filing Proof of Publication, ECF No. 34.

1  . . .

2         This Court finds no petition was filed herein by or on behalf of any person or entity and the
3 time for filing such petitions and claims has expired.

4         This Court finds no petitions are pending with regard to the assets named herein and the time
5 for presenting such petitions has expired.

6         THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all right,
7 title, and interest in the property hereinafter described is condemned, forfeited, and vested in the
8 United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P.
9 32.2(c)(2); and Title 18, United States Code, Sections 2253(a)(1) and (a)(3), and shall be disposed of
10 according to law:

11         a)    any book, magazine, periodical, film, videotape, or other matter which contains
12                any such visual depiction, which was produced, transported, mailed, shipped,
13                or received; computer images, including movie and still image files, depicting
14                a minor engaging in sexually explicit conduct and the diskettes and hard drives
15                on which they are maintained;

16         b)    E-Machine Computer Tower, serial number CBM2930004220;

17         c)    Michada Computer Tower, serial number 11990595301;

18         d)    OEM Computer Tower, serial number X0854518;

19         e)    Hard Drive, Serial Number 3JVA31SS;

20         f)    Hard Drive, Serial Number A6OQRRDC;

21         g)    Hard Drive, Serial Number A20QSK5C;

22         h)    Hard Drive, Serial Number YE0Q3310;

23         i)    Hard Drive, Serial Number 000YTLS8367;

24         j)    Hard Drive, Serial Number YMT2JO52;

25         k)    Hard Drive, Serial Number BF25A011;

26         l)    A-Data Flash Drive, Serial Number FG2870079;

. . .

m)   155 Compact Discs; and

n)   10 Compact Discs ("property").

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well as any income derived as a result of the United States of America's management of any property forfeited herein, and the proceeds from the sale of any forfeited property shall be disposed of according to law.

The Clerk is hereby directed to send copies of this Order to all counsel of record and three certified copies to the United States Attorney's Office.

DATED this ___15th___ day of ___May___, 2012.

_____
UNITED STATES DISTRICT JUDGE